IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARONTE BROWN; | Case No. 2:25-cv-01275 |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| ROBERT VEITH, Corrections Officer; CHRISTOPHER RADACI, Sergeant; MIGUEL McKinley, Corrections Officer; JOHN DOES #1-4, Corrections Officers; ORLANDO HARPER, Warden of Allegheny County Jail; SHANE DADY, Interim Warden; DAVID ZETWO, Chief Deputy Warden; JASON BEASOM, Deputy Warden; ALLEGHENY COUNTY; | |
| Defendants. | |

TO: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Daronte Brown.

Respectfully submitted,

/s/ Alec B. Wright          .
PA I.D. No. 316657
alec@ocwjustice.com

O'BRIEN, COLEMAN & WRIGHT, LLC
116 Boulevard of the Allies
Pittsburgh, PA  15222
(412) 232-4400 – phone
(412) 232-3730 - fax

Attorney for Plaintiff